634

No. 975 (October Term 1938). KANSAS FARMERS' UNION ROYALTY CO. ET AL. *v.* HUSHAW. October 9, 1939. 307 U. S. 615.

No. 980 (October Term 1938). HARGIS *v.* SWOPE, JUDGE. October 9, 1939. 307 U. S. 642.

No. 833 (October Term 1938). UNITED STATES TRUST CO., EXECUTOR, *v.* UNITED STATES. October 9, 1939. Motion to enlarge the record denied. Petition for rehearing also denied. 307 U. S. 633.

No. 986 (October Term 1938). RITHOLTZ ET AL. *v.* AMERICAN OPTOMETRIC ASSOCIATION. October 9, 1939. Motion for stay denied. Petition for rehearing also denied. 307 U. S. 647.

Nos. 614 and 615 (October Term, 1938). FARMERS' LOAN & TRUST CO., TRUSTEE, ET AL. *v.* BOWERS, EXECUTOR. October 16, 1939. 307 U. S. 651.

No. 141. MILLER *v.* UNITED STATES. October 23, 1939.

No. 144. DODD *v.* AETNA LIFE INSURANCE CO. October 23, 1939.

No. 212. RADIUM DIAL CO. *v.* RYAN, CLERK. October 23, 1939.

Nos. 173 and 174. TRUSTEES OF PILLSBURY ACADEMY *v.* MINNESOTA. November 6, 1939. Petitions for re-